### 2037. DAVIS et al. v. WASHINGTON.

POWELL, J. Only an issue of fact is involved. The evidence was such as
to authorize the verdict.                          *Judgment affirmed.*

Appeal; from Bibb superior court—Judge Felton. June 14,
1909.

Submitted November 18,—Decided December 4, 1909.

*W. D. & Custis Nottingham, T. J. Cochran, W. A. McClellan,*
for plaintiffs in error. *Martin & Morcock,* contra.